UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Andres Gomez**,

    Plaintiff,

v.

**Cuvaison, Inc.,** a California Corporation,

    Defendant.

Case: No.3:22-CV-01654-JSC

**[proposed] ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including June 30, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: June 10, 2022

HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Jacqueline Scott Corley