CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff


Arif Virji, Esq. (SBN 130322)
avirji@cmprlaw.com
Justin D. Hein, Esq. (SBN 249275)
jhein@cmprlaw.com
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
Attorneys for Defendant,
Cuvaison, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CUVAISON, INC., a California Corporation,<br><br>    Defendants. | Case: 3:22-cv-01654-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: July 11, 2022   CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: July 11, 2022   CARLE, MACKIE, POWER & ROSS LLP

By: /s/ Arif Virji
    Arif Virji
    Attorney for Defendant
    Cuvaison, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Arif Virji, counsel for Cuvaison, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 11, 2022                CENTER FOR DISABILITY ACCESS

                                             By: /s/ Amanda Seabock
                                                Amanda Seabock
                                                Attorneys for Plaintiff